IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **VERDENIA FELDER,** | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 6:18-CV-00189-TH-JDL |
| v. | § § | |
| **NANCY A. BERRYHILL,** | § § § | |
| **Acting Commissioner of Social Security** | § § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Verdenia Felder filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that the decision of the Commissioner should be reversed and the cause should be remanded to the Commissioner of the Social Security Administration for further proceedings consistent with the opinion of the Court. (Dkt. No. 15.)

Neither party has filed any objections and the prescribed time period for doing so has passed. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly **ORDERED** that the decision of the Commissioner is **REVERSED** and that the cause be remanded to the Commissioner of the Social Security Administration for proceedings consistent with this Court's opinion.

**SIGNED** this the 28 day of **June, 2019.**

_____
Thad Heartfield
United States District Judge